No. 84–1455.   BEDAT ET AL. *v.* MCLEAN TRUCKING CO. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 84–1457.   CAPITAL TELEPHONE CO., INC., ET AL. *v.* NEW YORK TELEPHONE CO.   C. A. 2d Cir.   Certiorari denied.

No. 84–1461.   PROVIDENCE BUILDERS, INC., ET AL. *v.* ZONING HEARING BOARD OF LOWER PROVIDENCE TOWNSHIP ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 84–1462.   JAMES *v.* HUNTER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1464.   RONWIN ET AL. *v.* SUPREME COURT OF IOWA. Sup. Ct. Iowa.   Certiorari denied.

No. 84–1467.   PALMER ET UX. *v.* TUCKER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1468.   DESEYN *v.* MUSKINGUM WATERSHED CONSERVANCY DISTRICT.   C. A. 6th Cir.   Certiorari denied.

No. 84–1469.   BERRY *v.* BAILEY.   C. A. 11th Cir.   Certiorari denied.

No. 84–1472.   LYONS *v.* OHIO.   Ct. App. Ohio, Lake County. Certiorari denied.

No. 84–1473.   HOFFMAN *v.* HENDERSON.   Ct. App. Minn. Certiorari denied.

No. 84–1483.   YUGOEXPORT, INC., ET AL. *v.* THAI AIRWAYS INTERNATIONAL, LTD.   C. A. 9th Cir.   Certiorari denied.

No. 84–1486.   KERRIGAN ET UX. *v.* LUCE, FORWARD, HAMILTON & SCRIPPS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1487.   WASHINGTON *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 84–1494.   BRISTER ET AL. *v.* PARISH OF JEFFERSON ET AL. C. A. 5th Cir.   Certiorari denied.